UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Docket no. 01-cr-03-B-S |
| DENNIS MOONEY, | ) |
| | ) |
| Defendant. | ) |

**ORDER DENYING MOTION TO MODIFY TERM OF IMPRISONMENT**

Before the Court is Defendant's *pro se* Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2) (Docket # 164). In connection with the briefing on this Motion, Defendant has filed his *pro se* Motion for Leave to File Supplemental Reply (Docket # 171). To the extent that the Court has reviewed and considered the attached Supplemental Reply in connection with deciding the Motion to Modify Term of Imprisonment, the Motion for Leave to File (Docket # 171) is GRANTED.

Turning to Defendant's request for modification and reduction of his sentence, this Motion is without merit. There is no basis for the Court to modify the Defendant's term of imprisonment under 18 U.S.C. § 3582(c). None of the recent amendments to USSG § 1B1.10 amend the Defendant's guideline range. For this reason, Defendant's Motion to Modify Term of Imprisonment (Docket # 164) is hereby DENIED.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 12th day of March, 2008.